IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                          Case No. 6:24-cr-60012

ALEXICO ROBERTS                                                                          DEFENDANT

## ORDER

Before the Court is *pro se* Defendant Alexico Roberts's Motion for Early Termination of Supervised Release. ECF No. 2. The government has not filed a response, and the Court finds that no response is necessary. The matter is ripe for consideration by the Court.

On September 20, 2021, in the Southern District of Florida, Defendant was sentenced to thirty (30) months imprisonment and three (3) years of supervised release for the offenses of importation of 500 grams or more of cocaine and possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 952(a) and 841(a)(1). On May 10, 2024, the jurisdiction of Defendant was transferred to this district because he planned to reside in Hot Springs, Arkansas, upon his release from prison. On May 11, 2023, Defendant began his term of supervised release.

On November 7, 2024, Defendant filed the instant motion. ECF No. 2. Defendant requests early termination of his supervised release, citing his good behavior, community involvement, and stable, full-time employment while on supervised release. The United States Probation Office ("USPO") has notified the Court that Defendant has maintained full-time employment, complied with all conditions of supervised release, tended to family obligations, and maintained a stable residence while on supervised release. The USPO also notes that Defendant is pursuing a degree in social work at the National Park College in Hot Springs, Arkansas, and presents no identified

risk of harm to the public.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court finds that, after consideration of the above-referenced factors, the instant motion (ECF No. 2) should be and hereby is **GRANTED** based upon Defendant's exemplary conduct while on supervised release and the interests of justice. Defendant's term of supervised release is terminated.

**IT IS SO ORDERED**, this 22nd day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge